IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA and ALAN LEWIS<br>21715 W. Liberty Road<br>Parkton, MD 21120    Plaintiffs | : <br> : <br> : <br> : | No.:_____ |
| v. | : <br> : | |
| AMBER M. HUNTER<br>401 West Laurel Street<br>Tremont, PA 17981    Defendant | : <br> : <br> : | JURY TRIAL DEMANDED |

## COMPLAINT

### Parties to the Action

1. Plaintiffs Patricia and Alan Lewis are adult individuals residing at 21715 West Liberty Road, Parkton, MD 21120.

2. Defendant Amber M. Hunter is an adult individual believed to be residing at 401 West Laurel Street, Tremont, PA 17981.

### Jurisdiction

3. Jurisdiction is based on diversity of citizenship, as no Plaintiff is a resident of the same state as the Defendant.

4. The amount in controversy exceeds $150,000.00 exclusive of interest and costs.

### Operative Facts

5. On October 31, 2014 Patricia Lewis was driving a vehicle on SR 209 in Schuylkill County, Pottsville, Pennsylvania.

6. On the same date and time, Amber Hunter was driving a vehicle directly behind Patricia Lewis on SR 209.

1

7. Patricia Lewis stopped her vehicle for a posted stop sign on SR 209 at which time Amber M. Hunter drove into the back of the Lewis vehicle causing injuries and damages as described below.

## COUNT 1

### Patricia Lewis v. Amber M. Hunter

### Negligence

8   Amber M. Hunter was negligent and careless in her operation of a motor vehicle in one or more of the following particulars:

a. In driving too close to the Lewis Vehicle;

b. In failing to operate a vehicle in such a fashion as to be able to stop it within the Assured Clear Distance Ahead;

c. In failing to stop her vehicle before impacting the Lewis Vehicle;

d. In failing to properly brake her vehicle in order to avoid a collision;

e. In failing to maintain adequate control of her vehicle in order to avoid a collision;

f. In failing to have her vehicle under proper and reasonable control so as to avoid the collision;

g. In failing to take adequate and proper steps to avoid the collision with the Lewis Vehicle

h. In failing to heed the presence and location of the Lewis Vehicle

i. In failing to be properly attentive and watchful while operating a vehicle;

   j. In failing to take steps to warn Patricia Lewis of the impending collision;

   k. In driving at an unsafe speed and/or a speed which was excessive under the circumstances; and

   l. In operating a vehicle without due regard for the rights and safety of others on the roadway such as Patricia Lewis.

  9. As a direct and proximate result of Defendant's negligence Patricia Lewis has suffered injuries including cervical strain, lumbar strain, ankle sprain, lumbar radiculopathy, cervical radiculopathy, disc injury, and sacroiliitis.

  10. As a direct and proximate result of Defendant's negligence, Patricia Lewis has suffered and will continue to suffer pain and suffering, scarring and disfigurement, embarrassment and humiliation, anxiety and emotional distress, inconvenience and loss of enjoyment of life for all of which damages are claimed.

  11. As a direct and proximate result of Defendant's negligence, Patricia Lewis has incurred medical expenses and may in the future incur medical expenses which may be recoverable under the Pennsylvania Motor Vehicle Financial Responsibility Law.

  **WHEREFORE**, Patricia Lewis demands judgment against Amber Hunter in an amount in excess of ONE-HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00), together with interest and costs thereon as allowed by law, which damages exceed the jurisdictional requirements for arbitration.

## COUNT II

## ALAN LEWIS v. AMBER M. HUNTER

## LOSS OF CONSORTIUM

12. The allegations above are incorporated by reference.

13. By reason of the injuries to Patricia Lewis as set forth above, Alan Lewis was deprived of and in the future may be deprived of the aide, society, care, comfort and companionship of his wife which he would have received but for the negligence of Defendant for all of which damages are claimed.

**WHEREFORE**, Alan Lewis demands judgment against Amber Hunter in an amount in excess of ONE-HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00), together with interest and costs thereon as allowed by law, which damages exceed the jurisdictional requirements for arbitration.

Respectfully submitted,

HAGELGANS & VERONIS

By: *James D. Hagelgans*
James D. Hagelgans, Esquire
Attorney for Plaintiffs
Attorney I.D. 37371
223 North Duke Street
Lancaster, PA  17602
Telephone:   (717) 295-7009
Facsimile:   (717) 396-9746

Date: 9/27/16

4